# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| ARIGNA TECHNOLOGY LIMITED, | Case No. 6:23-cv-00712-ADA |
| Plaintiff, | |
| vs. | JURY TRIAL DEMANDED |
| APPLE INC. | |
| Defendant. | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Arigna Technology Limited ("Arigna" or "Plaintiff") and Defendant Apple Inc. ("Apple") have resolved Plaintiff's claims for relief against Apple.

NOW, THEREFORE, Plaintiff and Apple, through their attorneys of record, jointly request this Court to dismiss Plaintiff's claims for relief against Apple with prejudice, and Apple's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses to be borne by the party incurring same.

Dated:  November 21, 2023

Respectfully submitted,

/s/ Matthew R. Berry
Charles L. Ainsworth (Texas 00783521)
charley@pbatyler.com
Robert Christopher Bunt (Texas 00787165)
rcbunt@pbatyler.com
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535

Matthew R. Berry (Washington 37364)
mberry@susmangodfrey.com
Andres Healy (Washington 45578)
ahealy@susmangodfrey.com
Ian M. Gore (Washington 54519)

igore@susmangodfrey.com
John E. Schiltz (Washington 48973)
jschiltz@susmangodfrey.com
Kemper Diehl (Washington 53212)
kdiehl@susmanodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
Fax: (206) 516-3883

Amy V. Hall (Texas 24123368)
ahall@susmangodfrey.com
Bryce Barcelo (Texas 24092081)
bbarcelo@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Ste. 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

Robert Greenfeld (New York 2824811)
rgreenfeld@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Telephone: (212) 729-2046

*Attorneys for Arigna Technology Limited*

/s/ Michael A. Amon
John M. Guaragna
Texas Bar No 24043308
john.guaragna@dlapiper.com
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX 78701
Telephone: (512) 457-7125

Roger A. Denning
CA Bar No. 228998
denning@fr.com
Michael A. Amon
CA Bar No. 226221
amon@fr.com
FISH & RICHARDSON P.C.

12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-678-5070

Martina Tyreus Hufnal
DE Bar No. 4771
tyreushufnal@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Telephone: (302) 652-5070

Noah C. Graubart
Georgia Bar No. 141862
graubart@fr.com
Christopher O. Green
Georgia Bar No. 037617
cgreen@fr.com
Jacqueline Tio
Georgia Bar No. 940367
tio@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

Eli Svetlov
Texas Bar Number 24106483
svetlov@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300

Elizabeth R. Moulton
CA Bar No. 286937
emoulton@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 415-773-5673

***Attorneys for Apple Inc.***

## CERTIFICATE OF CONFERENCE

Arigna certifies that counsel for Arigna and counsel for Apple met and conferred concerning the substance of this Joint Motion to Dismiss with Prejudice and the requested dismissal on November 21, 2023. Apple agrees with the Joint Motion and the requested dismissal.

## CERTIFICATE OF SERVICE

I certify that on November 21, 2023, a copy of the foregoing was served on the parties to this action by electronically filing true and correct copies with the Clerk of the Court using the ECM/ECF system which automatically sent notification by e-mail of such filing to the counsel of record.

*/s/ Matthew R. Berry*
Matthew R. Berry